

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,755-02

### IN RE RICHARD CARL PEPPERS, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. A-42,639 IN THE 70TH DISTRICT COURT
### FROM ECTOR COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that on August 20, 2019, he sent an application for a writ of habeas corpus to Ector County and that his application has not been forwarded to this Court.

Respondent, the District Clerk of Ector County, shall forward Relator's habeas application to this Court, respond that Relator has not filed a habeas application in Ector County, or forward a copy of an order designating issues together with correspondence documenting the date the State received Relator's habeas application. *See* TEX. CODE CRIM. PROC. art. 11.07, § 3(c) and (d); TEX. R. APP. P. 73.4(b)(5). This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: September 23, 2020
Do not publish